■ RUSSELL WILKINS, Respondent, v HAROLD SHERWOOD, Appellant.—Order unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with same memorandum as in *Clark v Sherwood* (117 AD2d 973). (Appeal from order of Supreme Court, Steuben County, Siracuse, J.—vacate default judgment.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Pine, JJ.